No. 537. FASHION ORIGINATORS' GUILD OF AMERICA, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs.*

*Charles B. Rugg, Milton C. Weisman, Archibald Cox,* and *Melvin A. Albert* for petitioners. *Solicitor General Biddle* for respondent.